UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

LATORIA CAPRICE FISCHER,                                                                Plaintiff,

v.                                                                    Civil Action No. 3:19-cv-771-DJH-CHL

COMMISSIONER OF SOCIAL SECURITY,                                         Defendant.

\* \* \* \* \*

## ORDER

Plaintiff Latoria Caprice Fischer filed this action seeking review of the decision by Defendant Commissioner of Social Security to deny Fischer's claim for supplemental security income. (Docket No. 1)  The case was referred to Magistrate Judge Colin H. Lindsay for report and recommendation.  Judge Lindsay issued his Report and Recommendation on February 10, 2021, recommending that the Commissioner's decision be reversed and that the matter be remanded to the Commissioner for reconsideration with instruction to conduct additional proceedings to remedy the defects in the original proceedings.  (D.N. 15)  The time for objections to the magistrate judge's recommendation has now run, with no objections filed.  *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2).

Because no party has objected to the report and recommendation, the Court may adopt it without review.  *See Thomas v. Arn*, 474 U.S. 140, 150 (1985).  Nevertheless, the Court has conducted its own review of the record and finds no error in the magistrate judge's conclusions. Accordingly, and the Court being otherwise sufficiently advised, it is hereby

**ORDERED** as follows:

(1)  The Report and Recommendation of Magistrate Judge Colin H. Lindsay (D.N. 15) is **ADOPTED** in full and **INCORPORATED** by reference herein.

(2)  The final decision of the Commissioner is **REVERSED**, and the matter is **REMANDED**, pursuant to sentence four of 42 U.S.C. § 405(g), to the Commissioner for reconsideration with instruction to conduct additional proceedings to remedy the defects identified in the Report and Recommendation.  (D.N. 15)

March 18, 2021

David J. Hale, Judge
United States District Court